UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| VAEOTOOTOO P. FAILAUGA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:09-CV-5755-BHS-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |
|---|---|

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 5, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including May 19, 2010, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by May 26, 2010.

DATED this 15th day of April 2010.

J. Richard Creatura
United States Magistrate Judge