UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VAEOTOOTOO FAILAUGA,

             Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

             Defendant.

CASE NO. C09-5755 BHS/JRC

ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD

After reviewing plaintiff's motion to supplement the record (Doc. 15), the court finds and orders as follows:

Defendant has not filed any opposition to the motion, which seeks to add documents that appear to have been delivered to the Administration's Appeals Council during the administrative review process. The motion is **GRANTED.**

DATED this 21st day of April, 2010.

                                              J. Richard Creatura
                                              United States Magistrate Judge

ORDER - 1