UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VAEOTOOTOO FAILAUGA,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

CASE NO. C09-5755BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 28). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) The Administrative Law Judge's ("ALJ") decision is **REVERSED**;

(3) This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

DATED this 9th day of August, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER