# United States District Court

WESTERN DISTRICT OF WASHINGTON

VAEOTOOTOO FAILAUGA

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5755BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**;

(2) The Administrative Law Judge's ("ALJ") decision is **REVERSED**; and

(3) This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

 August 10, 2010                                             BRUCE RIFKIN
Date                                                                     Clerk


                                                                    *s/CM Gonzalez*
                                                                    Deputy Clerk